AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>$2,564.00 in UNITED STATES CURRENCY,  )<br>      Defendant,  ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:09-CV-15-F |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Government's Motion for Summary Judgment [DE-23] is ALLOWED, and the Clerk of Court is DIRECTED to enter judgment accordingly. All other pending motions are DENIED as moot.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 2, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Stephen A. West  
310 New Bern Avenue, Suite 800  
Raleigh, NC 27601

Edgar Antonio Lagunas-Ocampo  
#50804-056  
Federal Correctional Instutition  
P. O. Box 725  
Edgefield, SC 29824

February 2, 2010  
Date

*Wilmington, North Carolina*

DENNIS P. IAVARONE  
Clerk of Court

/s/ Susan K. Edwards  
*(By) Deputy Clerk*