# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br> )<br>v. )<br>_____ )<br>$2,564.00 in UNITED STATES CURRENCY, )<br>      Defendant, ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:09-CV-15-F |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the Government's Motion for Summary Judgment [DE-23] is ALLOWED, and the Clerk of Court is DIRECTED to enter judgment accordingly. All other pending motions are DENIED as moot.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 2, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Stephen A. West | Edgar Antonio Lagunas-Ocampo |
| 310 New Bern Avenue, Suite 800 | #50804-056 |
| Raleigh, NC 27601 | Federal Correctional Instutition |
| | P. O. Box 725 |
| | Edgefield, SC 29824 |

| | |
|---|---|
| February 2, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |