AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>     v.<br><br>$2,564.00 in UNITED STATES CURRENCY,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | **AMENDED**<br>**JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-15-F** |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the Government's Motion for Summary Judgment [DE-23] is ALLOWED, and the Clerk of Court is DIRECTED to enter judgment accordingly. All other pending motions are DENIED as moot.

     FURTHER, the defendant currency is forfeited to the United States and that the United States Department of Homeland Security is DIRECTED to dispose of the defendant currency according to law.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 10, 2010**, AND A COPY MAILED TO:

Stephen A. West  
310 New Bern Avenue, Suite 800  
Raleigh, NC 27601

Edgar Antonio Laguns-Ocampo  
#50804-056  
Federal Correctional Institution  
P.O. Box 725  
Edgefield, SC 29824

February 10, 2010  
Date

DENNIS P. IAVARONE  
Clerk of Court

 

/s/ Susan K. Edwards  
*(By) Deputy Clerk*

*Wilmington, North Carolina*