# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$2,564.00 in UNITED STATES CURRENCY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | **AMENDED<br>JUDGMENT IN A CIVIL CASE<br>CASE NO. 5:09-CV-15-F** |

**Decision by Court.**


      IT IS ORDERED AND ADJUDGED that the Government's Motion for Summary Judgment [DE-23] is ALLOWED, and the Clerk of Court is DIRECTED to enter judgment accordingly. All other pending motions are DENIED as moot.

      FURTHER, the defendant currency is forfeited to the United States and that the United States Department of Homeland Security is DIRECTED to dispose of the defendant currency according to law.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 10, 2010**, AND A COPY MAILED TO:


Stephen A. West
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

Edgar Antonio Laguns-Ocampo
#50804-056
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824


February 10, 2010
Date

DENNIS P. IAVARONE
Clerk of Court


/s/ Susan K. Edwards

*Wilmington, North Carolina*

*(By) Deputy Clerk*